# Court of Appeals
# of the State of Georgia

ATLANTA, March 02, 2020

*The Court of Appeals hereby passes the following order:*

## A20A0983. DEBORAH L. BEACHAM v. CHARLES WAYNE BEACHAM.

Deborah L. Beacham filed, in the Superior Court of Cobb County, a petition for modification of child custody and child support and application for citation of contempt and petition for protective order against her ex-husband, Charles Wayne Beacham. The trial court dismissed the action, concluding that the issues had already been adjudicated by the Superior Court of Fulton County or in a prior proceeding in Cobb County. Deborah then filed this appeal. The trial court's order, however, is not subject to direct appeal.

Appeals from orders in domestic relations must be pursued by discretionary application. See OCGA § 5-6-35 (a) (2). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Although OCGA § 5-6-34 (a) (11) permits a direct appeal from child custody rulings issued in child custody cases, the order on appeal in this case does not involve a custody ruling and thus may not be appealed directly. See *Voyles v. Voyles*, 301 Ga. 44, 47 (799 SE2d 160) (2017). Deborah's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,__03/02/2020_____*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ , *Clerk.*